Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL II

| FÉLIX CARLOS ARROYO DÁVILA<br><br>Demandante-Recurrido<br><br>Vs.<br><br>HMW AUTOMOTIVE GROUP LLC H/N/C THE AUTO GALLERY Y SU ASEGURADORA ABC; Y SU ASEGURADORA XYZ; ALMA TORRES FERNÁNDEZ Y JOHN DOE,<br>Demandadas<br><br>CARIBE FEDERAL CREDIT UNION,<br><br>Demandada-Peticionaria | KLCE202401007 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Ponce<br><br>Caso Núm.<br><br>PO2022CV03454<br><br>Sala: 604<br><br>Sobre:<br><br>INCUMPLIMIENTO DE CONTRATO, DAÑOS Y PERJUICIOS |

Panel integrado por su presidente, el Juez Bermúdez Torres, la Jueza Martínez Cordero y el Juez Cruz Hiraldo.

Cruz Hiraldo, Juez Ponente

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 4 de octubre de 2024.

Considerado el recurso de *Certiorari*, presentado por la parte peticionaria, Caribe Federal Credit Union, *denegamos* su expedición. Regla 52.1 de Procedimiento Civil, 32 LPRA Ap. V, R. 52.1.[1]

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Dispone en lo aquí pertinente:
**Al denegar la expedición de un recurso de certiorari en estos casos, el Tribunal de Apelaciones no tiene que fundamentar su decisión.**

Número Identificador
RES2024 _____